■ DONALD TASSONE, Respondent, v. CLARENCE SEABROOK, JR., Appellant. — Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe County Court for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ ANTHONY BUCCI et al., Appellants, v. S. J. GROVES & SONS, INC., Respondent.— Order of Onondaga County Court unanimously reversed on the law and facts and judgment of the Municipal Court of the City of Syracuse reinstated, with costs in all courts to plaintiffs-appellants. Memorandum: The judgment of the Municipal Court of the City of Syracuse was rendered after trial without a jury. The charge of negligence in blasting operations in the highway by the defendant was amply sustained by proof of the severity of the blasts, their frequency and extent over a long period of time. The damage was directly attributable to them. Any evidence dealing with so-called admission of liability of the defendant did not affect this result. The amount awarded was reasonable. (*Schlansky* v. *Augustus V. Riegel, Inc.,* 9 N Y 2d 493; *Shemin* v. *City of New York,* 6 A D 2d 668.) (Appeal from order of Onondaga County Court which reversed a judgment for plaintiffs of the Syracuse Municipal Court and granted a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ IRENE SZCZYGIEL et al., Appellants, v. IROQUOIS GAS CORPORATION, Respondent.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment and order of Erie Trial Term dismissing the complaint in a negligence action.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ SCHOBER & SAVAGE CO., INC., Respondent, v. DAVID ROSE et al., Appellants.— Judgment unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment of Erie Trial Term for plaintiff in an action for damages alleged to have been caused by negligent construction and maintenance of swimming pool.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ UNION NATIONAL BANK, Respondent, v. SIGNORE TOOL & DIE CO., INC., et al., Appellants, and BURRELL METAL PRODUCTS CORP., Respondent.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment and order of Cattaraugus Special Term granting summary judgment in favor of plaintiff, in an action on a promissory note. The order struck out the answer of the three defendants-appellants.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.